1 | SCHLICHTER & SHONACK, LLP
2 | KURT A. SCHLICHTER (CA SBN 172385)
  | STEVEN C. SHONACK (CA SBN 173395)
3 | CYNTHIA Y. SUN (CA SBN 245123)
  | VALERIA GOLODNITSKA (CA SBN 289865)
4 | 2381 Rosecrans Avenue, Suite 326
  | El Segundo, CA 90245
5 | Telephone: (310) 643-0111
  | Fax: (310) 643-1638
6 | kas@sandsattorneys.com
  | scs@sandsattorneys.com
7 | cys@sandsattorneys.com
  | vlg@sandsattorneys.com

8 | Attorneys for Defendant CARMAX
  | AUTO SUPERSTORES
9 | CALIFORNIA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEYA SHAUNTA MALONE, an individual; | USDC No. CV14-8978 JAK(JCx) |
| | Complaint Filed: October 6, 2014 |
| | [Removed November 20, 2014] |
| Plaintiff, | |
| | **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FRCP 12(b)(6)]** |
| v. | |
| | |
| CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a Virginia Limited Liability Company; and DOES 1 through 10, inclusive, | |
| | Date:      February 2, 2015 |
| Defendants. | Time:      8:30 a.m. |
| | Courtroom: 750 |
| | Judge:     Hon. John A. Kronstadt |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

1

CV14-8978 JAK(JCx)

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FRCP 12(b)(6)]**

PLEASE TAKE NOTICE THAT, at the hour of 8:30 a.m. on February 2, 2015, in Courtroom 750 of the above-entitled court located at 255 East Temple Street, Los Angeles, California 90012-3332, defendant CarMax Auto Superstores California, LLC, shall move this Court for an order dismissing plaintiff's Complaint in its entirety, and as to each cause of action asserted therein, for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion is made following a conference of counsel pursuant to Local Rule 7-3, which took place on November 20, 2014.

This motion shall be supported by this notice and motion, the concurrently filed memorandum of points and authorities, the complaint and all exhibits attached thereto and referenced therein, the concurrently filed motion to strike portions of plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(f), all documents within the Court's file, oral argument at the hearing of the motion, and upon such other and further documentary evidence and pleadings as may be submitted on the date of hearing.

///

///

///

2

**CV14-8978 JAK(JCx)**
**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S**
**COMPLAINT [FRCP 12(b)(6)]**

1  Dated:  December 1, 2014            Respectfully Submitted,
2
3                                       SCHLICHTER & SHONACK, LLP
4                                         /s/ - Kurt A. Schlichter
                                        By:  KURT A. SCHLICHTER
5                                            STEVEN C. SHONACK
6                                            CYNTHIA Y. SUN
                                         VALERIA GOLODNITSKA
7                                       Attorneys for Defendant CARMAX
8                                       AUTO SUPERSTORES
                                        CALIFORNIA, LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    3                      CV14-8978 JAK(JCx)
              **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S**
                           **COMPLAINT [FRCP 12(b)(6)]**

## **MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant CarMax Auto Superstores California, LLC, hereby moves this Court for an order dismissing the following claims from the action for failure to state a claim upon which relief may be granted:

1. As to the entire complaint and all causes of action asserted therein, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief may be granted;

2. As to the purported first cause of action for violation of the Consumer Legal Remedies Act – Equitable and Injunctive Relief Only, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief may be granted; and

3. As to the purported second cause of action for violation of Business & Professions Code § 17200, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief may be granted; and

4

**CV14-8978 JAK(JCx)**

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FRCP 12(b)(6)]**

4. As to the purported third cause of action for violation of Song-Beverly Consumer Warranty Act, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief may be granted; and

5. As to the purported fourth cause of action for fraud and deceit, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief may be granted.

Dated:  December 1, 2014

Respectfully Submitted,

SCHLICHTER & SHONACK, LLP

    /s/ - Kurt A. Schlichter
By:  KURT A. SCHLICHTER
     STEVEN C. SHONACK
     CYNTHIA Y. SUN
 VALERIA GOLODNITSKA
Attorneys for Defendant CARMAX AUTO SUPERSTORES CALIFORNIA, LLC