UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEYA SHAUNTA MALONE, an individual,<br><br>　　　　Plaintiff,<br>　v.<br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a Virginia Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.  CV14-8978 JAK(JCx)<br><br>ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>JS-6<br><br>Judge: Hon. John A. Kronstadt<br>Dept:   750<br><br>Complaint filed:  October 6, 2014<br>Date Removed:   November 20, 2014 |

　　　On September 11, 2015, plaintiff KEEYA SHAUNTA MALONE and defendant CARMAX AUTO SUPERSTORES, LLC, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

　　　By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

-1-　　　　　　　　CV14-8978 JAK(JCx)
Order on Stipulation of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii)

1  Therefore, good cause having been shown and the parties having
2  stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated: September 14, 2015

_____
JOHN A. KRONSTADT
United States District Court Judge
Central District of California